No. 918. HANSON, EXECUTRIX, ET AL. *v.* DENCKLA ET AL. Appeal from the Supreme Court of Florida. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. *Wil-*

*liam H. Foulk* and *Manley P. Caldwell* for appellants. *D. H. Redfearn, C. Robert Burns, R. H. Ferrell, Sol A. Rosenblatt* and *Charles Roden* for appellees.